DORA GROSSMAN, Respondent, *v.* ISAAC GROSSMAN, Appellant.

Submitted January 7, 1946; decided January 24, 1946.

*Herman Soloway* and *Julius Soloway* for appellant appearing specially.

*Arthur Just Hartley* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.